CHESHIRE v. POWER & LIGHT CO.

No. 154 PC.

Case below: 54 N.C. App. 467.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.

CLARK v. CLARK

No. 24 P 82.

Case below: 55 N.C. App. 267.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.

COMR. OF INSURANCE v. RATE BUREAU

No. 159 PC.

Case below: 54 N.C. App. 601.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.

ELEC-TROL, INC. v. CONTRACTORS, INC.

No. 170 PC.

Case below: 54 N.C. App. 626.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.

EPTING-BALLENGER v. BENTON

No. 151 PC.

Case below: 54 N.C. App. 693.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.